■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TORREY COHEN, Appellant. [704 NYS2d 875] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered May 28, 1997, convicting him of criminal possession of a controlled substance in the first degree, criminal possession of a controlled substance in the third degree, criminal possession of a weapon in the third degree (two counts), criminal possession of a weapon in the fourth degree (three counts), criminal possession of marihuana in the fourth degree, and criminally using drug paraphernalia in the second degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, viewing the evi-

dence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt that he constructively possessed controlled substances and drug paraphernalia (*see,* CPL 470.15 [5]; *People v Johnson,* 209 AD2d 721; *see also, People v Headley,* 143 AD2d 937, *affd* 74 NY2d 858; *People v Dawkins,* 136 AD2d 726).

The defendant's remaining contentions do not require reversal. Bracken, J. P., Ritter, Altman and McGinity, JJ., concur.